THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Wahid Muhammad, Appellant.
 
 
 

Appeal from Spartanburg County
 Roger L. Couch, Circuit Court Judge
Unpublished Opinion No. 2007-UP-465    

Submitted October 1, 2007  Filed October
 11, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, of Columbia; and Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: 
 Wahid Muhammad pled guilty to four counts of armed robbery and one count of
 assault and battery of a high and aggravated nature (ABHAN).  He received
 concurrent twenty-five year sentences for each armed robbery plea and two
 years, consecutive, for the ABHAN plea.   On appeal, Muhammad contends the plea
 judge failed to inform him adequately of the constitutional rights he waived by
 pleading guilty.  Muhammads counsel attached a petition to be relieved,
 stating she reviewed the record and concluded this appeal lacks merit. 
 Muhammad did not file a pro se brief.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF
 and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.